IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Polypro International, Inc., and
Polypro, Inc.

Plaintiffs,

vs.

Alterlink, Inc.,

Defendant.

Court File No. 01-1861 DSD/JMM

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel, that Plaintiffs' Complaint against Defendant may be dismissed without prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that any party may forthwith and without notice to the other party apply to the Court for an order for dismissal in accordance herewith.

Dated: December 12, 2001

MOSS & BARNETT
A Professional Association

By ______________________
Thomas E. Harms (#4135X)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

COUNSEL FOR PLAINTIFFS

Dated: ~~December , 2001~~ Jan. 3, 2002

MASLON EDELMAN BORMAN & BRAND

By ______________________
Amy J. Swedberg (#271019)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8367

COUNSEL FOR DEFENDANT

471751/1

FILED 1-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-8-02
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Plaintiffs' Complaint against Defendant shall be and hereby is dismissed without prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 1/7/02

United States District Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |